```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID BECKELMAN, et al.        :       CIVIL ACTION
                               :
          v.                   :
                               :
NATIONWIDE PROPERTY &          :       NO. 23-4123
CASUALTY INSURANCE COMPANY     :
```

ORDER

AND NOW, this 21st day of December 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of the defendant to dismiss the bad faith claim from plaintiffs' amended complaint (Doc. #9) is DENIED.

                                BY THE COURT:


                                /s/   Harvey Bartle III
                                                                J.